# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Russhell Eleanor Bennett,

                Debtor.

Case No. 26-12861-AMC

Chapter 13

## Certificate of Service

I, Michael A. Cibik, certify that on July 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 6, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service: First Class Mail

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Bounce Ai,**
333 Metro Park Ste S205
Rochester, NY 14623-2632

**Cbe Group**
Attn: Bankruptcy
PO Box 900
Waterloo, IA 50704

**Chimefinal**
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

**Citizens Bank**
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

**Credit Karma/Credit Builder**
Attn: Bankruptcy
1100 Broadway .Ste 1800
Oakland, CA 94607

**GM Financial**
P O Box 183853
Arlington, TX 76096

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, Llc**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**M & T Bank**
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844

**New Jersey Turnpike Authority**
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**TD Bank**
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

**U.S. Department of Education**
P.O. Box 16448
Saint Paul, MN 55116-0448

**Verizon**
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617