UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 26-12861-AMC-13

Russhell Eleanor Bennett                                                  Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

            AmeriCredit Financial Services, Inc. dba GM Financial
            PO Box 183853
            Arlington, TX  76096

                                        By  /s/  Mandy Youngblood

                                         Mandy Youngblood
                                         PO Box 183853
                                         Arlington, TX  76096
                                         877-203-5538
                                         877-259-6417
                                         Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  Bankr. Case No. 26-12861-AMC-13

Russhell Eleanor Bennett                                                                            Chapter 13

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :

MICHAEL A CIBIK                              Kenneth E West
1500 Walnut Street                           Office of the Chapter 13 Standing Trustee
Suite 900                                    190 N. Independence Mall West, Suite 701
Philadelphia, PA 19102                       Philadelphia, PA 19106

By  /s/  Mandy Youngblood
     Mandy Youngblood

xxxxx06070 / 1136852