GSPP Rehabilitation
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/12/2026 |
| Period End Date | 04/25/2026 |
| Pay Date | 05/01/2026 |
| Document | 7646 |
| **Net Pay** | **$2,294.50** |

## Pay Details

**Russhell E Bennett**
6314 Jackson St
Philadelphia, PA 19135
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███████ | Pay Group | GSP BW |
| SSN | XXX-XX-XXXX | Location | Rittenhouse |
| Job | CNA | Corporation | 120 - GSPP |
| Pay Rate | $24.5000 | Account Type | 7 - Direct Expense |
| Pay Frequency | Biweekly | Reportg Loc | 012 - LTACH GSPP Rittenhouse |
| | | GLDepartment | 0105 - Nursing - 5th floor |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Coefficient OT | | | 6.750000 | $13.6551 | $92.17 | $92.17 |
| Night 15% Diff | | | 6.750000 | $2.0483 | $13.83 | - |
| Coefficient OT Shift YTD | | | | | | $13.83 |
| Orientation | | | 0.000000 | $0.0000 | $0.00 | $2,762.38 |
| Orientation Shift YTD | | | | | | $308.70 |
| Overtime | | | 6.750000 | $24.5000 | $165.38 | $165.38 |
| Night 15% Diff | | | 6.750000 | $3.6750 | $24.81 | - |
| Overtime Shift YTD | | | | | | $24.81 |
| Regular Pay | | | 36.000000 | $24.5000 | $882.00 | |
| Night 15% Diff | | | 36.000000 | $3.6750 | $132.30 | - |
| Regular Pay | | | 11.000000 | $24.5000 | $269.50 | |
| Regular Pay | | | 12.000000 | $24.5000 | $294.00 | |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | |
| Regular Pay | | | 17.000000 | $24.5000 | $416.50 | $1,862.00 |
| Night 15% Diff | | | 17.000000 | $3.6750 | $62.48 | - |
| Regular Pay Shift YTD | | | | | | $238.88 |
| Staffing Prem | 04/12/2026 | 04/25/2026 | | | $137.50 | |
| Staffing Prem | 04/12/2026 | 04/25/2026 | | | $150.00 | $287.50 |

Total Hours  82.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $0.14 |
| Basic EE Life | No | $0.00 | $0.00 | $0.57 | $1.14 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $38.93 | $83.46 |
| Social Security Employee Tax | $166.44 | $356.85 |
| PA State Income Tax | $82.42 | $176.71 |
| PHILA R | $100.40 | $215.25 |
| PA Unemployment Employee | $1.88 | $4.03 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.6154 | 1.7872 |
| Paid Time Off | 8.3077 | 20.0112 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3549 | Checking | $2,248.61 |
| Check amount | | $45.89 |
| Total | | $2,294.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,684.57 | $2,684.57 | $390.07 | $0.00 | **$2,294.50** |
| YTD | $5,755.65 | $5,755.65 | $836.30 | $0.00 | $4,919.35 |

GSPP Rehabilitation
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/26/2026 |
| Period End Date | 05/09/2026 |
| Pay Date | 05/15/2026 |
| Document | 7659 |
| **Net Pay** | **$1,444.88** |

## Pay Details

**Russhell E Bennett**
6314 Jackson St
Philadelphia, PA 19135
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▉ | Pay Group | GSP BW |
| SSN | XXX-XX-XXXX | Location | Rittenhouse |
| Job | CNA | Corporation | 120 - GSPP |
| Pay Rate | $24.5000 | Account Type | 7 - Direct Expense |
| Pay Frequency | Biweekly | Reportg Loc | 012 - LTACH GSPP Rittenhouse |
| | | GLDepartment | 0105 - Nursing - 5th floor |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $92.17 |
| Coefficient OT Shift YTD | | | | $13.83 |
| Orientation | 0.000000 | $0.0000 | $0.00 | $2,762.38 |
| Orientation Shift YTD | | | | $308.70 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $165.38 |
| Overtime Shift YTD | | | | $24.81 |
| Regular Pay | 36.000000 | $24.5000 | $882.00 | |
| Night 15% Diff | 36.000000 | $3.6750 | $132.30 | - |
| Regular Pay | 24.000000 | $24.5000 | $588.00 | $3,332.00 |
| Night 15% Diff | 24.000000 | $3.6750 | $88.20 | - |
| Regular Pay Shift YTD | | | | $459.38 |
| Staffing Prem | 0.000000 | $0.0000 | $0.00 | $287.50 |

Total Hours   60.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $0.28 |
| Basic EE Life | No | $0.00 | $0.00 | $0.57 | $1.71 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $24.51 | $107.97 |
| Social Security Employee Tax | $104.81 | $461.66 |
| PA State Income Tax | $51.90 | $228.61 |
| PHILA R | $63.22 | $278.47 |
| PA Unemployment Employee | $1.18 | $5.21 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.6154 | 2.4026 |
| Paid Time Off | 6.2280 | 26.2392 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3549 | Checking | $1,443.44 |
| Check amount | | $1.44 |
| Total | | $1,444.88 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,690.50 | $1,690.50 | $245.62 | $0.00 | **$1,444.88** |
| YTD | $7,446.15 | $7,446.15 | $1,081.92 | $0.00 | $6,364.23 |

GSPP Rehabilitation
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/10/2026 |
| Period End Date | 05/23/2026 |
| Pay Date | 05/29/2026 |
| Document | 7667 |
| **Net Pay** | **$2,117.70** |

## Pay Details

**Russhell E Bennett**
6314 Jackson St
Philadelphia, PA 19135
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███████ | Pay Group | GSP BW |
| SSN | XXX-XX-XXXX | Location | Rittenhouse |
| Job | CNA | Corporation | 120 - GSPP |
| Pay Rate | $24.5000 | Account Type | 7 - Direct Expense |
| Pay Frequency | Biweekly | Reportg Loc | 012 - LTACH GSPP Rittenhouse |
| | | GLDepartment | 0105 - Nursing - 5th floor |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.750000 | $13.6817 | $10.26 | $102.43 |
| Coefficient OT Shift YTD | | | | $13.83 |
| Orientation | 0.000000 | $0.0000 | $0.00 | $2,762.38 |
| Orientation Shift YTD | | | | $308.70 |
| Overtime | 0.750000 | $24.5000 | $18.38 | $183.76 |
| Overtime Shift YTD | | | | $24.81 |
| Regular Pay | 8.250000 | $24.5000 | $202.12 | |
| Regular Pay | 31.750000 | $24.5000 | $777.88 | |
| Night 15% Diff | 31.750000 | $3.6750 | $116.68 | - |
| Regular Pay | 36.000000 | $24.5000 | $882.00 | $5,194.00 |
| Night 15% Diff | 36.000000 | $3.6750 | $132.30 | - |
| Regular Pay Shift YTD | | | | $708.36 |
| Staffing Prem | 0.000000 | $0.0000 | $0.00 | $287.50 |
| Unscheduled PTO | 12.000000 | $24.5000 | $294.00 | $294.00 |
| Night 15% Diff | 12.000000 | $3.6750 | $44.10 | - |
| Unscheduled PTO Shift YTD | | | | $44.10 |

Total Hours  88.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $0.42 |
| Basic EE Life | No | $0.00 | $0.00 | $0.57 | $2.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $35.93 | $143.90 |
| Social Security Employee Tax | $153.62 | $615.28 |
| PA State Income Tax | $76.07 | $304.68 |
| PHILA R | $92.67 | $371.14 |
| PA Unemployment Employee | $1.73 | $6.94 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.6154 | 3.0180 |
| Paid Time Off | 8.3077 | 22.5469 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3549 | Checking | $2,115.58 |
| Check amount | | $2.12 |
| Total | | $2,117.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,477.72 | $2,477.72 | $360.02 | $0.00 | **$2,117.70** |
| YTD | $9,923.87 | $9,923.87 | $1,441.94 | $0.00 | $8,481.93 |

GSPP Rehabilitation
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/24/2026 |
| Period End Date | 06/06/2026 |
| Pay Date | 06/12/2026 |
| Document | 7679 |
| **Net Pay** | **$1,149.89** |

## Pay Details

**Russhell E Bennett**
6314 Jackson St
Philadelphia, PA 19135
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▓▓▓▓ | Pay Group | GSP BW |
| SSN | XXX-XX-XXXX | Location | Rittenhouse |
| Job | CNA | Corporation | 120 - GSPP |
| Pay Rate | $24.5000 | Account Type | 7 - Direct Expense |
| Pay Frequency | Biweekly | Reportg Loc | 012 - LTACH GSPP Rittenhouse |
| | | GLDepartment | 0105 - Nursing - 5th floor |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $102.43 |
| Coefficient OT Shift YTD | | | | $13.83 |
| Orientation | 0.000000 | $0.0000 | $0.00 | $2,762.38 |
| Orientation Shift YTD | | | | $308.70 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $183.76 |
| Overtime Shift YTD | | | | $24.81 |
| Regular Pay | 23.750000 | $24.5000 | $581.88 | |
| Night 15% Diff | 23.750000 | $3.6750 | $87.28 | - |
| Regular Pay | 24.000000 | $24.5000 | $588.00 | $6,363.88 |
| Night 15% Diff | 24.000000 | $3.6750 | $88.20 | - |
| Regular Pay Shift YTD | | | | $883.84 |
| Staffing Prem | 0.000000 | $0.0000 | $0.00 | $287.50 |
| Unscheduled PTO | 0.000000 | $0.0000 | $0.00 | $294.00 |
| Unscheduled PTO Shift YTD | | | | $44.10 |

Total Hours  47.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $0.56 |
| Basic EE Life | No | $0.00 | $0.00 | $0.57 | $2.85 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $19.50 | $163.40 |
| Social Security Employee Tax | $83.41 | $698.69 |
| PA State Income Tax | $41.30 | $345.98 |
| PHILADELPHIA - RESIDENT | $50.32 | $421.46 |
| PA Unemployment Employee | $0.94 | $7.88 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.5109 | 3.5289 |
| Paid Time Off | 4.9565 | 27.5033 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3549 | Checking | $1,148.74 |
| Check amount | | $1.15 |
| Total | | $1,149.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,345.36 | $1,345.36 | $195.47 | $0.00 | **$1,149.89** |
| YTD | $11,269.23 | $11,269.23 | $1,637.41 | $0.00 | $9,631.82 |

GSPP Rehabilitation
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/07/2026 |
| Period End Date | 06/20/2026 |
| Pay Date | 06/26/2026 |
| Document | 7687 |
| **Net Pay** | **$1,957.79** |

## Pay Details

**Russhell E Bennett**
6314 Jackson St
Philadelphia, PA 19135
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮ | Pay Group | GSP BW |
| SSN | XXX-XX-XXXX | Location | Rittenhouse |
| Job | CNA | Corporation | 120 - GSPP |
| Pay Rate | $24.5000 | Account Type | 7 - Direct Expense |
| Pay Frequency | Biweekly | Reportg Loc | 012 - LTACH GSPP Rittenhouse |
| | | GLDepartment | 0105 - Nursing - 5th floor |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bereavement | | | 12.000000 | $24.5000 | $294.00 | |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | - |
| Bereavement | | | 12.000000 | $24.5000 | $294.00 | $588.00 |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | - |
| Bereavement Shift YTD | | | | | | $88.20 |
| Coefficient OT | | | 0.000000 | $0.0000 | $0.00 | $102.43 |
| Coefficient OT Shift YTD | | | | | | $13.83 |
| Orientation | | | 0.000000 | $0.0000 | $0.00 | $2,762.38 |
| Orientation Shift YTD | | | | | | $308.70 |
| Overtime | | | 0.000000 | $0.0000 | $0.00 | $183.76 |
| Overtime Shift YTD | | | | | | $24.81 |
| Paid Time Off | | | 12.000000 | $24.5000 | $294.00 | $294.00 |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | - |
| Paid Time Off Shift YTD | | | | | | $44.10 |
| Regular Pay | | | 12.000000 | $24.5000 | $294.00 | |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | - |
| Regular Pay | | | 12.250000 | $24.5000 | $300.12 | |
| Regular Pay | | | 12.000000 | $24.5000 | $294.00 | $7,252.00 |
| Night 15% Diff | | | 12.000000 | $3.6750 | $44.10 | - |
| Regular Pay Shift YTD | | | | | | $972.04 |
| Staffing Prem | 06/07/2026 | 06/20/2026 | | | $150.00 | |
| Staffing Prem | 06/07/2026 | 06/20/2026 | | | $150.00 | $587.50 |
| Unscheduled PTO | | | 0.000000 | $0.0000 | $0.00 | $294.00 |
| Unscheduled PTO Shift YTD | | | | | | $44.10 |

Total Hours  72.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $0.70 |
| Basic EE Life | No | $0.00 | $0.00 | $0.57 | $3.42 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $33.22 | $196.62 |
| Social Security Employee Tax | $142.02 | $840.71 |
| PA State Income Tax | $70.32 | $416.30 |
| PHILA R | $85.67 | $507.13 |
| PA Unemployment Employee | $1.60 | $9.48 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.6154 | 4.1443 |
| Paid Time Off | 7.4996 | 23.0029 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3549 | Checking | $1,955.83 |
| Check amount | | $1.96 |
| Total | | $1,957.79 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,290.62 | $2,290.62 | $332.83 | $0.00 | **$1,957.79** |
| YTD | $13,559.85 | $13,559.85 | $1,970.24 | $0.00 | $11,589.61 |