**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Russhell Eleanor Bennett**<br>**Debtor(s)** | **CHAPTER 13** |
| **Lakeview Loan Servicing LLC**<br>**Movant** | |
| **vs.** | **NO.** 26-12861 AMC |
| **Russhell Eleanor Bennett**<br>**Respondent(s)** | |
| **Kenneth E. West**<br>**Trustee** | |

**ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Lakeview Loan Servicing LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

______________________________
Bankruptcy Judge