**U.S. Bankruptcy Court**

**Eastern District of Pennsylvania**

Notice of Electronic Claims Filing

The following transaction was received from SOBOLESKI, MAGGIE on 9/14/2026 at 3:44 PM EST

File another claim

| | |
|---|---|
| **Case Name:** | Russhell Eleanor Bennett |
| **Case Number:** | 26-12861-amc |
| **Creditor Name:** | Lakeview Loan Servicing LLC<br>C/O M&T BANK<br>PO BOX 840<br>Buffalo, NY 14240-0840 |
| **Claim Number:** | 14 Claims Register |

**Amount Claimed:** $255,552.27
**Amount Secured:** $255552.27
**Amount Priority:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Bennett POC draft .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-0] [5489a8863468c61d7a70a18730fdc876125633ee639dc22289211959313cdc89fea85daaac385353a3ac15ffc1e073f6090d7a123e4ef62642fc6fcef5003537]]
**Document description:** 410A
**Original filename:**C:\fakepath\Bennett 410A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-1] [650c5c036a6383174b1e36b2292001c22799ccdbf7a96e200b68beaed0f44ced271ab60fb206b81f4b8987b65f27e4ebbc9f9cb68394eed86499eee537ed2e78]]
**Document description:** Escrow Analysis
**Original filename:**C:\fakepath\Bennett EA.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-2] [642432da4d89a39b85d8217ed72aa63f1da9f7816f16af7d8df803a47e0423261c784d5cff5eedecaf9dd70a68bfab7d4e16a01674bb5bc9c1df58d24fb64ac8]]
**Document description:** Note
**Original filename:**C:\fakepath\Bennett Note.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-3] [34b6dee5fc6dbfdcbd1d3dd2f1e4282ee44305f6ad82d7ddc88e632a315fb3c3a03359595cce10a317554b192df9bf3d3058565d00b51e75f8453c059746835a]]
**Document description:** Mortgage
**Original filename:**C:\fakepath\Bennett Mortgage.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-4] [779a49178c8cc69cba628efa5dcdffe173b287999d9f27abc0d3c547a59a384f1d8b98627609843a564c26902f5d88d360cf9fc76410fbcfeb824ffce058a69d]]
**Document description:** Assignment of Mortgage
**Original filename:**C:\fakepath\Bennett AOM.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-5] [12b065ba79fa8a3ce219e150119d6b2e52b9cd45f714a34fece68f991964a4bebce5e12aff81db9f1b900f83120a0ecb3545d6bf4260bff0d6a38eba2d3d8cbb]]
**Document description:**Service List
**Original filename:**C:\fakepath\Bennett COS .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/14/2026] [FileNumber=33740165-6] [53b9cf432dd03c28af825eb42b93bc2c512d3536d0069796a86eca3ba0952f4447e6e91f06281decb0a711acc9c4fb88c37693e51d7857da9c871aac8d227930]]

**26-12861-amc Notice will be electronically mailed to:**

MICHAEL A. CIBIK on behalf of Debtor Russhell Eleanor Bennett
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@rec

MAGGIE S SOBOLESKI on behalf of Creditor LAKEVIEW LOAN SERVICING LLC,
msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**26-12861-amc Notice will not be electronically mailed to:**

Americredit Financial Services, Inc.Dba GM Financial
P.O. Box 183853
Arlington, TX 76096

**Fill in this information to identify the case:**

Debtor 1 Russhell Eleanor Bennett

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number 26-12861 AMC

Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

**Lakeview Loan Servicing LLC**
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notice to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| **M&T BANK**<br>Name | **M&T BANK**<br>Name |
| **PO BOX 840**<br>Number Street | **ATTN: Payment Processing PO BOX 1288**<br>Number Street |
| **Buffalo, NY 14240-0840**<br>City State Zip Code | **Buffalo, NY 14240-1288**<br>City State Zip Code |
| Contact phone | Contact phone |
| Contact Email | Contact Email |

Uniform claim identifier (if you use one):

______

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor **8166**

**7. How much is this claim?** **$255,552.27**

**Does this amount include interest or other charges?**

☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

**9. Is all or part of the claim secured?**

☐ No
☒ Yes. The claim is secured by a lien on property.

**Nature of property: 6314 Jackson Street Philadelphia, PA 19135**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** **Deed of Trust, Mortgage, Note**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $________________

**Amount of the claim that is secured:** $255,552.27

**Amount of the claim that is unsecured:** $________________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** **$24,979.31**

**Annual Interest Rate** (when case was filed) **3.2500%**

☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________________

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) | |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $____________ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $____________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $____________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $____________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **09/14/2026**
MM / DD / YYYY

/s/ **Maggie Soboleski Attorney ID# 88268**
Signature

**Print the name of the person who is completing and signing this claim:**

Name: **Maggie Soboleski**
First name Middle name Last name

Title: **Bankruptcy Attorney**

Company: **KML Law Group, P.C.**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **701 Market Street, Suite 5000**
Number Street

**Philadelphia** **PA** **19106**
City State ZIP Code

Contact phone: **(215) 627-1322** Email: **bkgroup@kmllawgroup.com**

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number: | 26-12861-amc | Principal Balance: | 238487.73 | Principal due: | 6230.72 | Principal & Interest | 1117.45 |
| Debtor 1: | Russhell Eleanor Bennett | Interest Due: | 9042.60 | Interest due: | 8296.13 | Monthly Escrow | 459.04 |
| Debtor 2: | | MIP Amount: | 323.70 | Prepetition fees due: | 2428.44 | Private Mortgage Insurance | 161.85 |
| Last 4 digits used to Identify | 8166 | Fees, Costs Due: | 2428.44 | Escrow deficiency for funds advanced: | 5269.80 | Monthly Principal Reduction | |
| Creditor: | Lakeview Loan Servicing LLC | Escrow deficiency for funds advanced: | 5269.80 | Projected escrow shortage: | 2754.22 | Total Monthly Payment | 1738.34 |
| Servicer: | M&T Bank | Less total funds on hand: | | Less funds on hand: | | FHA Payment Supplement Program Expires | |
| Fixed accrual, Daily simple interest or other: | Fixed | Total Debt: | 255552.27 | Total Monthly Principal Reduction | | 1st Post Petition Payment Due | 8/1/2026 |
| | | | | Total prepetition | 24979.31 | | |

**Part 5: Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How funds were applied/Amount Incurred | | | | | Balance after amount received or incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Payment amount | C. Funds received | D. Amount Incurred | E. Description | F. Contractual due date | G Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal Balance | N. Accrued interest balance | O. Escrow Balance | P. Fees / Charges Balance | Q. Unapplied Funds Balance |
| | | | | Beginning balance | | 0.00 | | | | | | 240,361.21 | | 3,133.77 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | | | | 240,361.21 | | 3,133.77 | 0.00 | 0.00 |
| 3/1/25 | 1,657.56 | | | Contractual Payment Due | 3/1/2025 | 1,657.56 | | | | | | 240,361.21 | | 3,133.77 | 0.00 | 0.00 |
| 3/3/25 | | | | County Tax | 3/1/2025 | 1,657.56 | | | -3,734.67 | | | 240,361.21 | | -600.90 | 0.00 | 0.00 |
| 3/4/25 | | | | Escrow Disbursement to Mortgage | 3/1/2025 | 1,657.56 | | | -165.85 | | | 240,361.21 | | -766.75 | 0.00 | 0.00 |
| 4/1/25 | 1,657.56 | | | Contractual Payment Due | 3/1/2025 | 3,315.12 | | | | | | 240,361.21 | | -766.75 | 0.00 | 0.00 |
| 4/4/25 | | | | Escrow Disbursement to Mortgage | 3/1/2025 | 3,315.12 | | | -165.85 | | | 240,361.21 | | -932.60 | 0.00 | 0.00 |
| 5/1/25 | 1,657.56 | | | Contractual Payment Due | 3/1/2025 | 4,972.68 | | | | | | 240,361.21 | | -932.60 | 0.00 | 0.00 |
| 5/2/25 | | | | Escrow Disbursement to Mortgage | 3/1/2025 | 4,972.68 | | | -165.85 | | | 240,361.21 | | -1,098.45 | 0.00 | 0.00 |
| 6/1/25 | 1,657.56 | | | Contractual Payment Due | 3/1/2025 | 6,630.24 | | | | | | 240,361.21 | | -1,098.45 | 0.00 | 0.00 |
| 6/4/25 | | | | Escrow Disbursement to Mortgage | 3/1/2025 | 6,630.24 | | | -165.85 | | | 240,361.21 | | -1,264.30 | 0.00 | 0.00 |
| 7/1/25 | 1,724.26 | | | Contractual Payment Due | 3/1/2025 | 8,354.50 | | | | | | 240,361.21 | | -1,264.30 | 0.00 | 0.00 |
| 7/3/25 | | | | Escrow Disbursement to Mortgage | 3/1/2025 | 8,354.50 | | | -165.85 | | | 240,361.21 | | -1,430.15 | 0.00 | 0.00 |
| 7/3/25 | | 8,654.33 | | Funds Received | 3/1/2025 | 8,354.50 | | | | | 8,654.33 | 240,361.21 | | -1,430.15 | 0.00 | 8,654.33 |
| 7/18/25 | | | | Transaction Reversal | 3/1/2025 | 8,354.50 | | | 2,024.09 | | -2,024.09 | 240,361.21 | | 593.94 | 0.00 | 6,630.24 |
| 7/22/25 | | | | Payment Applied | 3/1/2025 | 6,696.94 | 466.47 | 650.98 | 540.11 | | | 239,894.74 | | 1,134.05 | 0.00 | 6,630.24 |
| 7/22/25 | | | | Payment Applied | 4/1/2025 | 5,039.38 | 467.74 | 649.71 | 540.11 | | | 239,427.00 | | 1,674.16 | 0.00 | 6,630.24 |
| 7/22/25 | | | | Payment Applied | 5/1/2025 | 3,381.82 | 469.00 | 648.45 | 540.11 | | | 238,958.00 | | 2,214.27 | 0.00 | 6,630.24 |
| 7/22/25 | | | | Payment Applied | 6/1/2025 | 1,724.26 | 470.27 | 647.18 | 540.11 | | -6,630.24 | 238,487.73 | | 2,754.38 | 0.00 | 0.00 |
| 7/24/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 1,724.26 | | | -549.52 | | | 238,487.73 | | 2,204.86 | 0.00 | 0.00 |
| 8/1/25 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 3,448.52 | | | | | | 238,487.73 | | 2,204.86 | 0.00 | 0.00 |
| 8/4/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 3,448.52 | | | -165.85 | | | 238,487.73 | | 2,039.01 | 0.00 | 0.00 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/25 | | | 44.70 | Late Charge | 7/1/2025 | 3,448.52 | | | | 44.70 | | 238,487.73 | | 2,039.01 | 44.70 | 0.00 |
| 8/21/25 | | | 30.00 | Insufficient Funds | 7/1/2025 | 3,448.52 | | | | 30.00 | | 238,487.73 | | 2,039.01 | 74.70 | 0.00 |
| 9/1/25 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 5,172.78 | | | | | | 238,487.73 | | 2,039.01 | 74.70 | 0.00 |
| 9/3/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 5,172.78 | | | -165.85 | | | 238,487.73 | | 1,873.16 | 74.70 | 0.00 |
| 9/16/25 | | | 44.70 | Late Charge | 7/1/2025 | 5,172.78 | | | | 44.70 | | 238,487.73 | | 1,873.16 | 119.40 | 0.00 |
| 10/1/25 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 6,897.04 | | | | | | 238,487.73 | | 1,873.16 | 119.40 | 0.00 |
| 10/3/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 6,897.04 | | | -165.85 | | | 238,487.73 | | 1,707.31 | 119.40 | 0.00 |
| 11/1/25 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 8,621.30 | | | | | | 238,487.73 | | 1,707.31 | 119.40 | 0.00 |
| 11/4/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 8,621.30 | | | -165.85 | | | 238,487.73 | | 1,541.46 | 119.40 | 0.00 |
| 11/7/25 | | 1,724.26 | | Funds Received | 7/1/2025 | 8,621.30 | | | | | 1,724.26 | 238,487.73 | | 1,541.46 | 119.40 | 1,724.26 |
| 11/7/25 | | | | Payment Applied | 7/1/2025 | 6,897.04 | 471.55 | 645.90 | 606.81 | | -1,724.26 | 238,016.18 | | 2,148.27 | 119.40 | 0.00 |
| 11/13/25 | | | | Insufficient Funds | 7/1/2025 | 8,621.30 | -471.55 | -645.90 | -606.81 | | | 238,487.73 | | 1,541.46 | 119.40 | 0.00 |
| 11/28/25 | | | | Hazard Insurance | 7/1/2025 | 8,621.30 | | | -1,773.79 | | | 238,487.73 | | -232.33 | 119.40 | 0.00 |
| 12/1/25 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 10,345.56 | | | | | | 238,487.73 | | -232.33 | 119.40 | 0.00 |
| 12/3/25 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 10,345.56 | | | -165.85 | | | 238,487.73 | | -398.18 | 119.40 | 0.00 |
| 12/16/25 | | | 44.70 | Late Charge | 7/1/2025 | 10,345.56 | | | | 44.70 | | 238,487.73 | | -398.18 | 164.10 | 0.00 |
| 1/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 12,069.82 | | | | | | 238,487.73 | | -398.18 | 164.10 | 0.00 |
| 1/5/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 12,069.82 | | | -165.85 | | | 238,487.73 | | -564.03 | 164.10 | 0.00 |
| 2/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 13,794.08 | | | | | | 238,487.73 | | -564.03 | 164.10 | 0.00 |
| 2/3/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 13,794.08 | | | -161.85 | | | 238,487.73 | | -725.88 | 164.10 | 0.00 |
| 2/23/26 | | | | County Tax | 7/1/2025 | 13,794.08 | | | -3,734.67 | | | 238,487.73 | | -4,460.55 | 164.10 | 0.00 |
| 2/26/26 | | | 30.00 | Insufficient Funds | 7/1/2025 | 13,794.08 | | | | 30.00 | | 238,487.73 | | -4,460.55 | 194.10 | 0.00 |
| 2/27/26 | | 1,458.98 | | Funds Received | 7/1/2025 | 13,794.08 | | | | | 1,458.98 | 238,487.73 | | -4,460.55 | 194.10 | 1,458.98 |
| 3/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 15,518.34 | | | | | | 238,487.73 | | -4,460.55 | 194.10 | 1,458.98 |
| 3/3/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 15,518.34 | | | -161.85 | | | 238,487.73 | | -4,622.40 | 194.10 | 1,458.98 |
| 3/4/26 | | | | Transaction Reversal | 7/1/2025 | 15,518.34 | | | | | -1,458.98 | 238,487.73 | | -4,622.40 | 194.10 | 0.00 |
| 3/16/26 | | | 44.70 | Late Charge | 7/1/2025 | 15,518.34 | | | | 44.70 | | 238,487.73 | | -4,622.40 | 238.80 | 0.00 |
| 4/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 17,242.60 | | | | | | 238,487.73 | | -4,622.40 | 238.80 | 0.00 |
| 4/3/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 17,242.60 | | | -161.85 | | | 238,487.73 | | -4,784.25 | 238.80 | 0.00 |
| 4/22/26 | | | 400.00 | FC Cost Title | 7/1/2025 | 17,242.60 | | | | 400.00 | | 238,487.73 | | -4,784.25 | 638.80 | 0.00 |
| 4/28/26 | | | 329.41 | FC Atty Fees | 7/1/2025 | 17,242.60 | | | | 329.41 | | 238,487.73 | | -4,784.25 | 968.21 | 0.00 |
| 5/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 18,966.86 | | | | | | 238,487.73 | | -4,784.25 | 968.21 | 0.00 |
| 5/4/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 18,966.86 | | | -161.85 | | | 238,487.73 | | -4,946.10 | 968.21 | 0.00 |
| 6/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 20,691.12 | | | | | | 238,487.73 | | -4,946.10 | 968.21 | 0.00 |
| 6/3/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 20,691.12 | | | -161.85 | | | 238,487.73 | | -5,107.95 | 968.21 | 0.00 |
| 6/4/26 | | | 830.00 | FC Atty Fees | 7/1/2025 | 20,691.12 | | | | 830.00 | | 238,487.73 | | -5,107.95 | 1,798.21 | 0.00 |
| 6/4/26 | | | 375.23 | FC Cost Court | 7/1/2025 | 20,691.12 | | | | 375.23 | | 238,487.73 | | -5,107.95 | 2,173.44 | 0.00 |
| 6/13/26 | | | 135.00 | FC Cost Filing | 7/1/2025 | 20,691.12 | | | | 135.00 | | 238,487.73 | | -5,107.95 | 2,308.44 | 0.00 |
| 6/18/26 | | | 120.00 | FC Cost Filing | 7/1/2025 | 20,691.12 | | | | 120.00 | | 238,487.73 | | -5,107.95 | 2,428.44 | 0.00 |
| 7/1/26 | 1,724.26 | | | Contractual Payment Due | 7/1/2025 | 22,415.38 | | | | | | 238,487.73 | | -5,107.95 | 2,428.44 | 0.00 |
| 7/3/26 | | | | Escrow Disbursement to Mortgage | 7/1/2025 | 22,415.38 | | | -161.85 | | | 238,487.73 | | -5,269.80 | 2,428.44 | 0.00 |
| | | | | | | 22,415.38 | | | | | | 238,487.73 | | -5,269.80 | 2,428.44 | 0.00 |
| | | | | | | 22,415.38 | | | | | | 238,487.73 | | -5,269.80 | 2,428.44 | 0.00 |

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.