**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Russhell Eleanor Bennett**<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing LLC**<br>**Movant**<br>**vs.**<br><br>**Russhell Eleanor Bennett**<br>**Respondent(s)** | CHAPTER 13<br>BK. NO. 26-12861 AMC |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 22, 2026**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Michael A. Cibik (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Russhell Eleanor Bennett
6314 Jackson Street
Philadelphia, PA 19135

Date: September 21, 2026

By: /s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com